AO 91 (Rev. 08/09) Criminal Complaint

UNDER SEAL

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Soufian Amri | ) | Case No.: 1:17mj 6 2 |
| and | ) | |
| Michael Queen | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 24, 2016, through July 8, 2016, in the county of _____ Fairfax _____ in the

_____ Eastern _____ District of _____ Virginia _____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. section 371, 1512, & 1001 | Conspiracy to obstruct justice and make false statements |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Assistant United States Attorney Gordon D. Kromberg

_____
*Complainant's signature*

/s/

John F. Anderson *Printed name and title*
United States Magistrate Judge
Rachel Bergstrom, Special Agent, FBI

Sworn to before me and signed in my presence.

Date: _____ 02/ 9 /2016 _____

_____
*Judge's signature*

City and state: _____ Alexandria, Virginia _____

John F. Anderson, U.S. Magistrate Judge
*Printed name and title*