UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA          .        Criminal No. 1:17cr50
                                  .
        vs.                       .        Alexandria, Virginia
                                  .        April 28, 2017
SOUFIAN AMRI and                  .        9:05 a.m.
MICHAEL QUEEN,                    .
                                  .
                Defendants.       .
                                  .
. . . . . . . . . . . .

TRANSCRIPT OF ARRAIGNMENT
BEFORE THE HONORABLE LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:          GORDON D. KROMBERG, AUSA
                             COLLEEN E. GARCIA, AUSA
                             United States Attorney's Office
                             2100 Jamieson Avenue
                             Alexandria, VA 22314


FOR DEFENDANT AMRI:          CARY J. CITRONBERG, ESQ.
                             Zwerling/Citronberg, PLLC
                             114 North Alfred Street
                             Alexandria, VA 22314


FOR DEFENDANT QUEEN:         DONTAE L. BUGG, ESQ.
                             Bugg Law Firm, PLLC
                             4103 Chain Bridge Road, Suite 401
                             Fairfax, VA 22030


OFFICIAL COURT REPORTER:     ANNELIESE J. THOMSON, RDR, CRR
                             U.S. District Court, Fifth Floor
                             401 Courthouse Square
                             Alexandria, VA 22314
                             (703)299-8595


(Pages 1 - 6)

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

2

P R O C E E D I N G S

(Defendants present.)

THE CLERK:  Criminal Case 17-50, United States of America v. Soufian Amri and Michael Queen.  Would counsel please note their appearances for the record.

MS. GARCIA:  Good morning, Your Honor.  Colleen Garcia and Gordon Kromberg for the United States.

THE COURT:  Good morning.

MR. CITRONBERG:  Good morning, Your Honor.  Cary Citronberg for Mr. Amri, who is present.

THE COURT:  All right.  And who is here for Mr. Queen?

MR. BUGG:  Good morning, Your Honor.  Dontae Bugg on behalf of Mr. Queen, who is present.

THE COURT:  All right, this matter comes on for arraignment.  Counsel, do either of you want a formal arraignment?

MR. CITRONBERG:  No.  We waive formal arraignment, Your Honor.

MR. BUGG:  We would waive formal arraignment.

THE COURT:  All right.  And then what kind of a plea are you entering?

MR. CITRONBERG:  Not guilty, Your Honor.

MR. BUGG:  Not guilty for Mr. Queen as well.

THE COURT:  And I assume you're both requesting a

3

trial by jury?

MR. CITRONBERG:  For right now, Your Honor.

MR. BUGG:  Yes, Your Honor.

THE COURT:  That may change, Mr. Citronberg?

MR. CITRONBERG:  It might change in the coming weeks, Your Honor.  It's something that's subject to discussion, but for right now, we would, we would request trial by jury.

THE COURT:  All right.  Have you discussed with the government a possible trial date in this case?

MR. CITRONBERG:  Not yet, Your Honor.

THE COURT:  The Speedy Trial Act, I believe, requires this case be tried by July 7.  How long does the government expect this case will take?

MS. GARCIA:  Just a one-day trial, Your Honor.

THE COURT:  All right.  How is Thursday, June 29?

MS. GARCIA:  That's fine for the government, Your Honor.

MR. CITRONBERG:  That's fine for the defense as well, although I might want it to be two days just in case.

THE COURT:  Well, we can run it to Friday.  The Friday docket is not that heavy, so we would just run it into Friday.

MR. CITRONBERG:  That's fine for us, Your Honor, thank you.

MR. BUGG:  That's amenable, Your Honor.

4

THE COURT:  All right.  That will be at ten o'clock with a jury.

Have the parties worked out a discovery order?

MR. CITRONBERG:  Yes, Your Honor.

MR. BUGG:  Yes, Your Honor.

THE COURT:  And we need to set a date for motions.  I know there's a pending motion for severance, but that's not been responded to by the government, and so we obviously need to have that responded to.

In terms of motions, are there any other motions that defense counsel think they're going to be filing in this case?

MR. CITRONBERG:  It would depend if it's a jury or a bench trial, Your Honor.  So if it ends up being a bench trial, probably not, but we'll know in the next couple of weeks if there were going to be any other motions, but at this time, we'd ask that the motions date be set.

THE COURT:  All right.  Well, I'll direct that any motions be filed within -- 14 days?  You should know by then, right?

MR. CITRONBERG:  (Nodding head.)

THE COURT:  And in terms of argument, we don't have a lot of Fridays available in June for various scheduling issues, but we could, we could hear argument actually on a non-Friday because I don't want to put it right up against the trial date. So we could set motions for Tuesday, June 20.  Would that work

5

for you-all?

Mr. Kromberg, does that work for your schedule?

MR. KROMBERG:  It does work, Your Honor, but my experience, though, it would be useful to have more delay between -- more than nine days between the motions date and the trial date in case the presentation has to change as a result.

THE COURT:  We could do it June 9 but --

MR. KROMBERG:  That would be good.

THE COURT:  All right, how about June 9?  That's a regular Friday docket.  Does that work for defense counsel?

MR. CITRONBERG:  Unfortunately, it doesn't work for defense counsel, Your Honor.

THE COURT:  We're not available the two weeks before that, and so I think then the next available date, I could do it June 12.  I'm here June 12.

MR. CITRONBERG:  I'm sorry to be a problem.

THE COURT:  Then you don't have me back again until the 19th is the, is the next earliest date I'm available.

MS. GARCIA:  That's fine, Your Honor.

MR. BUGG:  The 19th is available, Your Honor.

THE COURT:  All right, the 19th at ten o'clock.

Are there any issues about the defendants' bond status?

MS. GARCIA:  No, Your Honor.

THE COURT:  All right.  Then, Mr. Amri and Mr. Queen,

6

you're continued on your current bond.  The additional conditions are first of all that you reappear in this court on Monday, June 19, at ten o'clock for the argument of any motions, and reappear in this court on Thursday, June 29, for your trial.

Do you each understand that?

DEFENDANT AMRI:  Yes, Your Honor.

DEFENDANT QUEEN:  Yes, Your Honor.

THE COURT:  All right.  Then when you leave court, check in with the Pretrial Office to make sure they have those new dates.

Is there anything else in this case?

MS. GARCIA:  No, Your Honor.

THE COURT:  No?

MR. CITRONBERG:  No, Your Honor.

MR. BUGG:  No, Your Honor.

THE COURT:  All right, then you're all free to go.

(Which were all the proceedings had at this time.)


CERTIFICATE OF THE REPORTER

I certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.


_____
                              /s/
Anneliese J. Thomson

Anneliese J. Thomson OCR-USDC/EDVA (703)299-8595